UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,                          Case No. 13-20115
                                             Hon. Matthew F. Leitman

v.

DEANGELO CONTRELL YOUNG,

     Defendant.

_____/

## ORDER DENYING MOTION FOR MODIFICATION OF SUPERVISED RELEASE (ECF No. 27)

Defendant Deangelo Young has filed a motion for Modification of Supervised Release (ECF No. 27).  In the motion, Young reports, among other things, that he has maintained steady employment during his term of supervised release.  The Court has consulted with Young's supervising probation officer, and the officer has not been able to verify that Young has maintained steady employment.   The officer does not support the requested modification.  The Court is not yet convinced that Young's term of supervised release should be modified in any way.  Accordingly, the Motion for Modification of Supervised Release is DENIED.

     **IT IS SO ORDERED.**

                                       s/Matthew F. Leitman
                                     MATTHEW F. LEITMAN
                                     UNITED STATES DISTRICT JUDGE

Dated:  January 20, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 20, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764